**No. 61157.**—Camera Specialty Co., Inc., and Rohner, Gehrig & Co., Inc. *v.* United States, protest 310386–K (B) (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the repairs to the lenses involved are similar in all material respects to those the subject of *Camera Specialty Co., Inc.*, and *Rohner Gehrig & Co., Inc.* v. *United States* (34 Cust. Ct. 27, C. D. 1672), the claim of the plaintiffs was sustained.

**No. 61158.**—Heinsheimer Bros., Inc. *v.* United States, protest 214909–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that item No. 0322 does not consist of artificial flowers and that said item consists of manufactures, wholly or in chief value of vegetable fiber, other than cotton, the claim of the plaintiff was sustained as to said item.

BEFORE THE SECOND DIVISION, AUGUST 21, 1957

**No. 61159.**—Pfaff Amer. Sales Corp. *v.* United States, protest 290565–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that each of the items of merchandise in question, when joined together with a sewing-machine head, included in the same importation, forms a complete article of commerce known as a portable sewing machine, and that the items in question and said sewing-machine heads are integral parts of such portable sewing machines, the claim of the plaintiff was sustained.